# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TINER, SANDRA LYNN | § | Case No. 10-04365 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

> Funds were disbursed in the following amounts:
>
> Payments made under an interim disbursement
> Administrative expenses
> Bank service fees
> Other payments to creditors
> Non-estate funds paid to 3rd Parties
> Exemptions paid to the debtor
> Other payments to the debtor
>
> Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-04365 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TINER, SANDRA LYNN | | | Date Filed (f) or Converted (c): | 02/04/10 (f) |
| | | | | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending: | 06/06/13 | | | Claims Bar Date: | 06/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MISCELLANEOUS HOUSEHOLD FURNITURE, FURNISHINGS, GO | 650.00 | 650.00 | | 0.00 | FA |
| 2. NECESSARY WEARING APPAREL | 550.00 | 550.00 | | 0.00 | FA |
| 3. 1997 MERCURY COUGAR | 100.00 | 100.00 | | 0.00 | FA |
| 4. INHERITANCE (u) | 0.00 | Unknown | | 13,500.00 | Unknown |
| 5. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.75 | FA |

TOTALS (Excluding Unknown Values) $1,300.00 $1,300.00 $13,501.75 Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

debtor has interest in probate estate, waiting for disposition; 3d distribution was supposed to be made 12-12 (not

received), maybe one more after that according to estate attorney (Steve O.)

-investigating tax refund, debtor not cooperative; that was resolved

all claims reviewed, ready to begin FR as soon as probate case is done

READY FOR FR

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                Ver: 17.02c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7761 Checking Account |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,076.43 | | 8,076.43 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.98 | 8,071.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.14 | 8,066.31 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.97 | 8,061.34 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.14 | 8,056.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,044.22 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 8,033.42 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.70 | 8,026.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,014.78 |
| 04/08/13 | 4 | ESTATE OF QUEEN E. TINER ARCHIE J. TINER, INDEPENDENT EXECUTOR 8218 S. Troy St. Chicago, IL 60652 | RCPTS - LIQUID. OF REAL PROPERTY | 1221-000 | 3,500.00 | | 11,514.78 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.39 | 11,499.39 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 11,576.43 | 77.04 | 11,499.39 |
| Less: Bank Transfers/CD's | 8,076.43 | 0.00 | |
| Subtotal | 3,500.00 | 77.04 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,500.00 | 77.04 | |

Page Subtotals  11,576.43  77.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | TINER, SANDRA LYNN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8858 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/19/10 | 4 | ESTATE OF QUEEN E. TINER, ARCHIE J. TINER, INDEPENDENT EXECUTOR | RCPTS - LIQUID. OF PERSONAL PROP. | 1221-000 | 6,000.00 | | 6,000.00 |
| 10/29/10 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 6,000.04 |
| * 11/29/10 | 000101 | SANDRA LYNN TINER 320 S. LEAMINGTON CHICAGO, IL 60644 | DEBTOR EXEMPTIONS | 8100-004 | | 1,800.00 | 4,200.04 |
| 11/30/10 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 4,200.20 |
| 12/31/10 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 4,200.35 |
| 01/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 4,200.50 |
| 02/10/11 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 6.99 | 4,193.51 |
| 02/28/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.56 |
| 03/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.61 |
| 04/29/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.66 |
| 05/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.71 |
| 06/06/11 | 4 | Estate of Queen E. Tiner Archie J. Tiner, Independent Executor 8218 S. Troy St. Chicago, IL 60652 | RCPTS - LIQUID. OF PERSONAL PROP. | 1221-000 | 4,000.00 | | 8,193.71 |
| 06/30/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,193.78 |
| * 07/18/11 | 000101 | SANDRA LYNN TINER 320 S. LEAMINGTON CHICAGO, IL 60644 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8100-004 | | -1,800.00 | 9,993.78 |
| 07/21/11 | 000103 | Sandra Lynn Tiner 320 S. Leamington Chicago, IL 60644 | DEBTOR EXEMPTIONS | 8100-002 | | 1,800.00 | 8,193.78 |

Page Subtotals     10,000.77     1,806.99

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.02c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-04365 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | TINER, SANDRA LYNN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8858 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4457 | | | |
| For Period Ending: | 06/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,193.86 |
| 08/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 8,193.95 |
| 09/30/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,194.02 |
| 10/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,194.09 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.44 | 8,183.65 |
| 11/30/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,183.72 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.09 | 8,173.63 |
| 12/30/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,173.70 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.08 | 8,163.62 |
| 01/31/12 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,163.69 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.71 | 8,152.98 |
| 02/29/12 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,153.04 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.69 | 8,143.35 |
| 03/26/12 | 000104 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.81 | 8,136.54 |
| 03/30/12 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,136.61 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.01 | 8,126.60 |
| 04/30/12 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,126.67 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.33 | 8,116.34 |
| 05/31/12 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,116.41 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.31 | 8,106.10 |
| 06/29/12 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,106.16 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.63 | 8,096.53 |
| 07/31/12 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,096.60 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.62 | 8,085.98 |
| 08/30/12 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 8,086.04 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 9.61 | 8,076.43 |

Page Subtotals    0.98    118.33

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Ver: 17.02c

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8858 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,076.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,001.75 | 10,001.75 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,076.43 | |
| Subtotal | 10,001.75 | 1,925.32 | |
| Less: Payments to Debtors | | 1,800.00 | |
| Net | 10,001.75 | 125.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7761 | 3,500.00 | 77.04 | 11,499.39 |
| Money Market - Interest Bearing - ********8858 | 10,001.75 | 125.32 | 0.00 |
| | 13,501.75 | 202.36 | 11,499.39 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     8,076.43

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 02, 2013 |

Case Number: 10-04365  
Debtor Name: TINER, SANDRA LYNN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>001<br>3110-00 | MAXWELL LAW GROUP<br>105 W. ADAMS STREET<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $8,521.13 | $0.00 | $8,521.13 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $13.69 | $13.69 | $0.00 |
| 000001A<br>070<br>7100-00 | St. Gregory the Great High School<br>1677 W. Bryn Mawr<br>Chicago, IL 60660 | Unsecured | | $2,425.00 | $0.00 | $2,425.00 |
| 000001B<br>070<br>7100-00 | St. Gregory the Great High School<br>1677 W. Bryn Mawr<br>Chicago, IL 60660 | Unsecured | | $9,411.00 | $0.00 | $9,411.00 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $2,475.93 | $0.00 | $2,475.93 |
| 000003<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $624.59 | $0.00 | $624.59 |
| 000004<br>070<br>7100-00 | Fifth Third Bank<br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Unsecured | | $7,923.07 | $0.00 | $7,923.07 |
| 000005<br>070<br>7100-00 | American Infosource Lp As Agent for<br>World Financial Network National Bank<br>As<br>Lane Bryant (Spirit of America)<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $638.88 | $0.00 | $638.88 |
| 000006<br>070<br>7100-00 | Archie & Queen Tiner<br>c/o Stephen Oleszkiewicz<br>4012 S. Archer Ave.<br>Chicago, IL 60632 | Unsecured | | $1,600.00 | $0.00 | $1,600.00 |
| 000007<br>070<br>7100-00 | FIFTH THIRD BAN<br>POST OFFICE BOX 829009<br>DALLAS, TEXAS 75382 | Unsecured | | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 02, 2013 |

Case Number:  10-04365  
Debtor Name:  TINER, SANDRA LYNN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $33,633.29 | $13.69 | $33,619.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-04365
Case Name: TINER, SANDRA LYNN
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ ____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | St. Gregory the Great High School | $ | $ | $ |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000004 | Fifth Third Bank | $ | $ | $ |
| 000005 | American Infosource Lp As Agent for | $ | $ | $ |
| 000006 | Archie & Queen Tiner | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                                $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE