# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| TINER, SANDRA LYNN | § § | Case No. 10-04365 |
| Debtor(s) | § § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF BK COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/30/2013 in Courtroom 613,
   UNITED STATES COURTHOUSE
   219 S DEARBORN STREET
   CHICAGO, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2013            By: /s/ Andrew J. Maxwell
                                             Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
  §
TINER, SANDRA LYNN § Case No. 10-04365
  §
  Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,501.75 |
| and approved disbursements of | $ | 2,002.36 |
| leaving a balance on hand of[1] | $ | 11,499.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,920.18 | $ 0.00 | $ 1,920.18 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ 8,508.00 | $ 0.00 | $ 8,508.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ 13.13 | $ 0.00 | $ 13.13 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 13.69 | $ 13.69 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $       10,441.31 |
| Remaining Balance | $        1,058.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,673.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | St. Gregory the Great High School | $ 9,411.00 | $ 0.00 | $ 439.17 |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ 2,475.93 | $ 0.00 | $ 115.54 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 624.59 | $ 0.00 | $ 29.15 |
| 000004 | Fifth Third Bank | $ 7,923.07 | $ 0.00 | $ 369.74 |
| 000005 | American Infosource Lp As Agent for | $ 638.88 | $ 0.00 | $ 29.81 |
| 000006 | Archie & Queen Tiner | $ 1,600.00 | $ 0.00 | $ 74.67 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,058.08 |
| | Remaining Balance | | $ | 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Andrew J. Maxwell
                                    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-04365-TAB
Sandra Lynn Tiner                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley             Page 1 of 3           Date Rcvd: Jul 03, 2013
                              Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2013.
```
db           +Sandra Lynn Tiner,   320 S. Leamington,    Chicago, IL 60644-5354
15060672      ADT Security,   c/o CCA,    P.O. Box 601,   Norwell, MA 02061-0601
15060673     +Archie & Queen Tiner,    c/o Stephen Oleszkiewicz,    4012 S. Archer Ave.,    Chicago, IL 60632-1140
15060674     +City of Chicago Dept. of Revenue,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
               Chicago, IL 60604-3951
15060675      City of Chicago Dept. of Revenue,    P.O. Box 88291,    Chicago, IL 60680-1291
17138360     +FIFTH THIRD BAN,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
15060677    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank*,    Customer Service - MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH 45263)
15626385     +Fifth Third Bank,   Bankruptcy Department/MD#RSCB3E,     1830 E Paris SE,
               Grand Rapids MI 49546-6253
15060678     +Fresh Market Place,    c/o Global Payments Check Services,    P.O. Box 661038,
               Chicago, IL 60666-1038
15060681     +Public Storage,   c/o Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
15060682      Sears Credit Cards,    P.O. Box 6283,   Sioux Falls, SD 57117-6283
15060683      Sears Gold Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
15060684     +Secretary of State,    Driver Services,   2710 S. Dirksen Parkway,    Springfield, IL 62723-0001
15060685     +St. Gregory the Great High School,    1677 W. Bryn Mawr,    Chicago, IL 60660-4195
15060686      U.S. Cellular,    P.O. Box 0203,   Palatine, IL 60055-0203
15060687     +West Suburban Medical Center,    3 Erie Court,   Oak Park, IL 60302-2599
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542508      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2013 00:59:13
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
15651100      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2013 01:01:26
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Lane Bryant (Spirit of America),    PO Box 248872,   Oklahoma City, OK   73124-8872
15501213      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2013 01:00:57
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK   73124-8840
15060679      E-mail/Text: cio.bncmail@irs.gov Jul 04 2013 00:49:11     Internal Revenue Service*,
               P.O. Box 21126,   Philadelphia, PA 19114
15567454      E-mail/Text: resurgentbknotifications@resurgent.com Jul 04 2013 01:39:28
               PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15079691*     ADT Security,   c/o CCA,    P.O. Box 601,   Norwell, MA 02061-0601
15079692*    +Archie & Queen Tiner,    c/o Stephen Oleszkiewicz,    4012 S. Archer Ave.,    Chicago, IL 60632-1140
15079695*    +CVS,   Retail Accounting,    P.O. Box 277,   Chaska, MN 55318-0277
15079693*    +City of Chicago Dept. of Revenue*,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
               Chicago, IL 60604-3951
15079694*     City of Chicago Dept. of Revenue*,    P.O. Box 88291,   Chicago, IL 60680-1291
15079696*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank*,    Customer Service - MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH 45263)
15079697*    +Fresh Market Place,    c/o Global Payments Check Services,    P.O. Box 661038,
               Chicago, IL 60666-1038
15079698*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service*,    P.O. Box 21126,   Philadelphia, PA 19114)
15079699*     Lane Bryant,   P.O. box 856132,    Louisville, KY 40285-6132
15079700*    +Public Storage,   c/o Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
15079701*     Sears Credit Cards*,    P.O. Box 6283,   Sioux Falls, SD 57117-6283
15079702*     Sears Gold Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
15079703*    +Secretary of State,    Driver Services,   2710 S. Dirksen Parkway,    Springfield, IL 62723-0001
15079704*    +St. Gregory the Great High School,    1677 W. Bryn Mawr,    Chicago, IL 60660-4195
15079705*     U.S. Cellular,    P.O. Box 0203,   Palatine, IL 60055-0203
15079706*    +West Suburban Medical Center,    3 Erie Court,   Oak Park, IL 60302-2599
15060676   ##+CVS,   Retail Accounting,    P.O. Box 277,   Chaska, MN 55318-0277
15060680    ##Lane Bryant,   P.O. box 856132,    Louisville, KY 40285-6132
                                                                                    TOTALS: 0, * 16, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: mhenley              Page 2 of 3              Date Rcvd: Jul 03, 2013
                               Form ID: pdf006            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mhenley              Page 3 of 3                  Date Rcvd: Jul 03, 2013
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2013 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy H. Spruce    on behalf of Debtor Sandra Lynn Tiner tspruce@financialrelief.com,
           yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com
                                                                                                     TOTAL: 5