# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

TINER, SANDRA LYNN                                                                              Case No. **10-04365**

Debtor(s)

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

_____

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 AM** on **08/06/2013** in Courtroom 613,

United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2013                                                                              By: /s/ Andrew J. Maxwell
                                                                                                                                    Trustee

**ANDREW J. MAXWELL, TRUSTEE**
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-04365-TAB
Sandra Lynn Tiner                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 3                  Date Rcvd: Jul 03, 2013
                              Form ID: pdf006            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2013.
```
db          +Sandra Lynn Tiner,    320 S. Leamington,    Chicago, IL 60644-5354
15060672     ADT Security,    c/o CCA,    P.O. Box 601,    Norwell, MA 02061-0601
15060673    +Archie & Queen Tiner,    c/o Stephen Oleszkiewicz,    4012 S. Archer Ave.,    Chicago, IL 60632-1140
15060674    +City of Chicago Dept. of Revenue,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
              Chicago, IL 60604-3951
15060675     City of Chicago Dept. of Revenue,    P.O. Box 88291,    Chicago, IL 60680-1291
17138360    +FIFTH THIRD BAN,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
15060677   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank*,    Customer Service - MD 1MOC2G-4050,
              38 Fountain Square Plaza,    Cincinnati, OH 45263)
15626385    +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
              Grand Rapids MI 49546-6253
15060678    +Fresh Market Place,    c/o Global Payments Check Services,    P.O. Box 661038,
              Chicago, IL 60666-1038
15060681    +Public Storage,    c/o Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
15060682     Sears Credit Cards,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
15060683     Sears Gold Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
15060684    +Secretary of State,    Driver Services,    2710 S. Dirksen Parkway,    Springfield, IL 62723-0001
15060685    +St. Gregory the Great High School,    1677 W. Bryn Mawr,    Chicago, IL 60660-4195
15060687    +West Suburban Medical Center,    3 Erie Court,    Oak Park, IL 60302-2599
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542508     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2013 01:01:26
              American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
15651100     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2013 01:00:57
              American Infosource Lp As Agent for,    World Financial Network National Bank As,
              Lane Bryant (Spirit of America),    PO Box 248872,    Oklahoma City, OK  73124-8872
15501213     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 04 2013 01:01:26
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
15060679     E-mail/Text: cio.bncmail@irs.gov Jul 04 2013 00:49:12     Internal Revenue Service*,
              P.O. Box 21126,    Philadelphia, PA 19114
15567454     E-mail/Text: resurgentbknotifications@resurgent.com Jul 04 2013 01:39:29
              PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15060686     Fax: 866-419-3894 Jul 04 2013 03:19:56     U.S. Cellular,    P.O. Box 0203,
              Palatine, IL 60055-0203
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15079691*     ADT Security,    c/o CCA,    P.O. Box 601,    Norwell, MA 02061-0601
15079692*    +Archie & Queen Tiner,    c/o Stephen Oleszkiewicz,    4012 S. Archer Ave.,    Chicago, IL 60632-1140
15079695*    +CVS,    Retail Accounting,    P.O. Box 277,    Chaska, MN 55318-0277
15079693*    +City of Chicago Dept. of Revenue*,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
               Chicago, IL 60604-3951
15079694*     City of Chicago Dept. of Revenue*,    P.O. Box 88291,    Chicago, IL 60680-1291
15079696*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank*,    Customer Service - MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH 45263)
15079697*    +Fresh Market Place,    c/o Global Payments Check Services,    P.O. Box 661038,
               Chicago, IL 60666-1038
15079698*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service*,    P.O. Box 21126,    Philadelphia, PA 19114)
15079699*     Lane Bryant,    P.O. box 856132,    Louisville, KY 40285-6132
15079700*    +Public Storage,    c/o Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
15079701*     Sears Credit Cards*,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
15079702*     Sears Gold Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
15079703*    +Secretary of State,    Driver Services,    2710 S. Dirksen Parkway,    Springfield, IL 62723-0001
15079704*    +St. Gregory the Great High School,    1677 W. Bryn Mawr,    Chicago, IL 60660-4195
15079705*     U.S. Cellular,    P.O. Box 0203,    Palatine, IL 60055-0203
15079706*    +West Suburban Medical Center,    3 Erie Court,    Oak Park, IL 60302-2599
15060676    ##+CVS,    Retail Accounting,    P.O. Box 277,    Chaska, MN 55318-0277
15060680    ##Lane Bryant,    P.O. box 856132,    Louisville, KY 40285-6132
                                                                                   TOTALS: 0, * 16, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 3              Date Rcvd: Jul 03, 2013
                              Form ID: pdf006            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mhenley              Page 3 of 3                  Date Rcvd: Jul 03, 2013
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2013 at the address(es) listed below:
         Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
          trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
          llandpotts.com;vbarad@maxwellandpotts.com
         Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
          amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
         Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
          preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
          naelipas@maxwellandpotts.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Timothy H. Spruce    on behalf of Debtor Sandra Lynn Tiner tspruce@financialrelief.com,
          yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com
                                                                                                                  TOTAL: 5