# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
TINER, SANDRA LYNN § Case No. 10-04365
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sandra Lynn Tiner |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP | | | | | |
| MAXWELL LAW GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service* P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | CLERK OF US BANKRUPTCY COURT | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security c/o CCA P.O. Box 601 Norwell, MA 02061-0601 | | | | | |
| | CVS Retail Accounting P.O. Box 277 Chaska, MN 55318-9867 | | | | | |
| | City of Chicago Dept. of Revenue* Bureau of Parking-Bankruptcy 333 S. State St., Ste. 540 Chicago, IL 60604-3977 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Dept. of Revenue* P.O. Box 88291 Chicago, IL 60680-1291 | | | | | |
| | Fresh Market Place c/o Global Payments Check Services P.O. Box 661038 Chicago, IL 60666 | | | | | |
| | Public Storage c/o Allied Interstate P.O. Box 361774 Columbus, OH 43236 | | | | | |
| | Secretary of State Driver Services 2710 S. Dirksen Parkway Springfield, IL 62723 | | | | | |
| | U.S. Cellular P.O. Box 0203 Palatine, IL 60055-0203 | | | | | |
| | West Suburban Medical Center 3 Erie Court Oak Park, IL 60302 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | ARCHIE J. TINER EXECUTOR | | | | | |
| 000007 | FIFTH THIRD BAN | | | | | |
| 000004 | FIFTH THIRD BANK | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000001A | ST. GREGORY THE GREAT HIGH SCHOOL | | | | | |
| 000001B | ST. GREGORY THE GREAT HIGH SCHOOL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-04365 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TINER, SANDRA LYNN | | | | Date Filed (f) or Converted (c): | 02/04/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending: | 12/31/13 | | | | Claims Bar Date: | 06/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MISCELLANEOUS HOUSEHOLD FURNITURE, FURNISHINGS, GO | 650.00 | 650.00 | | 0.00 | FA |
| 2. NECESSARY WEARING APPAREL | 550.00 | 550.00 | | 0.00 | FA |
| 3. 1997 MERCURY COUGAR | 100.00 | 100.00 | | 0.00 | FA |
| 4. INHERITANCE (u) | 0.00 | Unknown | | 13,500.00 | Unknown |
| 5. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.75 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,300.00 | $1,300.00 | | $13,501.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

debtor has interest in probate estate, waiting for disposition; 3d distribution was supposed to be made 12-12 (not

received), maybe one more after that according to estate attorney (Steve O.)

-investigating tax refund, debtor not cooperative; that was resolved

all claims reviewed, ready to begin FR as soon as probate case is done

READY FOR FR

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/13

Ver: 17.05

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7761 Checking Account |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,076.43 | | 8,076.43 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.98 | 8,071.45 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.14 | 8,066.31 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.97 | 8,061.34 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.14 | 8,056.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,044.22 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 8,033.42 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.70 | 8,026.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,014.78 |
| 04/08/13 | 4 | ESTATE OF QUEEN E. TINER ARCHIE J. TINER, INDEPENDENT EXECUTOR 8218 S. Troy St. Chicago, IL 60652 | RCPTS - LIQUID. OF REAL PROPERTY | 1221-000 | 3,500.00 | | 11,514.78 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.39 | 11,499.39 |
| 08/07/13 | 010002 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,920.18 | 9,579.21 |
| 08/07/13 | 010003 | MAXWELL LAW GROUP 105 W. ADAMS STREET SUITE 3200 CHICAGO, IL 60603 | Claim 10, Payment 100.00000% | | | 8,521.13 | 1,058.08 |
| | | | Fees       8,508.00 | 3110-000 | | | |
| | | | Expenses     13.13 | 3120-000 | | | |
| 08/07/13 | 010004 | St. Gregory the Great High School | Claim 000001B, Payment 4.66656% | 7100-000 | | 439.17 | 618.91 |

Page Subtotals        11,576.43        10,957.52

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7761  Checking Account |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/07/13 | 010005 | 1677 W. Bryn Mawr<br>Chicago, IL 60660<br>American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000002, Payment 4.66653% | 7100-000 | | 115.54 | 503.37 |
| | 08/07/13 | 010006 | PYOD LLC its successors and assigns as assignee of<br>Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 4.66706% | 7100-000 | | 29.15 | 474.22 |
| | 08/07/13 | 010007 | Fifth Third Bank<br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Claim 000004, Payment 4.66663% | 7100-000 | | 369.74 | 104.48 |
| | 08/07/13 | 010008 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Lane Bryant (Spirit of America)<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000005, Payment 4.66598% | 7100-000 | | 29.81 | 74.67 |
| * | 08/07/13 | 010009 | Archie & Queen Tiner<br>c/o Stephen Oleszkiewicz<br>4012 S. Archer Ave.<br>Chicago, IL 60632 | Claim 000006, Payment 4.66688% | 7100-003 | | 74.67 | 0.00 |
| * | 08/07/13 | 010009 | Archie & Queen Tiner<br>c/o Stephen Oleszkiewicz<br>4012 S. Archer Ave.<br>Chicago, IL 60632 | Claim 000006, Payment 4.66688%<br>Change of name | 7100-003 | | -74.67 | 74.67 |
| | 08/07/13 | 010010 | Archie J. Tiner, Executor<br>of the Estate of Queen<br>4012 S. Archer Ave. | Claim 000006, Payment 4.66688% | 7100-003 | | 74.67 | 0.00 |

Page Subtotals         0.00    618.91

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04365 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7761  Checking Account |
| Taxpayer ID No: | *******4457 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60632 | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 11,576.43 | 11,576.43 | 0.00 |
| | Less: Bank Transfers/CD's | 8,076.43 | 0.00 | |
| | Subtotal | 3,500.00 | 11,576.43 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 3,500.00 | 11,576.43 | |

Page Subtotals        0.00        0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8858  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/19/10 | 4 | ESTATE OF QUEEN E. TINER, ARCHIE J. TINER, INDEPENDENT EXECUTOR | RCPTS - LIQUID. OF PERSONAL PROP. | 1221-000 | 6,000.00 | | 6,000.00 |
| 10/29/10 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 6,000.04 |
| * 11/29/10 | 000101 | SANDRA LYNN TINER 320 S. LEAMINGTON CHICAGO, IL 60644 | DEBTOR EXEMPTIONS | 8100-004 | | 1,800.00 | 4,200.04 |
| 11/30/10 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 4,200.20 |
| 12/31/10 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 4,200.35 |
| 01/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 4,200.50 |
| 02/10/11 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 6.99 | 4,193.51 |
| 02/28/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.56 |
| 03/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.61 |
| 04/29/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.66 |
| 05/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 4,193.71 |
| 06/06/11 | 4 | Estate of Queen E. Tiner Archie J. Tiner, Independent Executor 8218 S. Troy St. Chicago, IL 60652 | RCPTS - LIQUID. OF PERSONAL PROP. | 1221-000 | 4,000.00 | | 8,193.71 |
| 06/30/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,193.78 |
| * 07/18/11 | 000101 | SANDRA LYNN TINER 320 S. LEAMINGTON CHICAGO, IL 60644 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8100-004 | | -1,800.00 | 9,993.78 |
| 07/21/11 | 000103 | Sandra Lynn Tiner 320 S. Leamington Chicago, IL 60644 | DEBTOR EXEMPTIONS | 8100-002 | | 1,800.00 | 8,193.78 |

Page Subtotals       10,000.77     1,806.99

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 10-04365 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TINER, SANDRA LYNN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8858  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4457 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,193.86 |
| 08/31/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 8,193.95 |
| 09/30/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,194.02 |
| 10/31/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,194.09 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.44 | 8,183.65 |
| 11/30/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,183.72 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.09 | 8,173.63 |
| 12/30/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,173.70 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.08 | 8,163.62 |
| 01/31/12 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,163.69 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.71 | 8,152.98 |
| 02/29/12 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,153.04 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.69 | 8,143.35 |
| 03/26/12 | 000104 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.81 | 8,136.54 |
| 03/30/12 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,136.61 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.01 | 8,126.60 |
| 04/30/12 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,126.67 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.33 | 8,116.34 |
| 05/31/12 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,116.41 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.31 | 8,106.10 |
| 06/29/12 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,106.16 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.63 | 8,096.53 |
| 07/31/12 | 5 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,096.60 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.62 | 8,085.98 |
| 08/30/12 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 8,086.04 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 9.61 | 8,076.43 |
| | | | Page Subtotals | | 0.98 | 118.33 | |

Ver: 17.05

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-04365 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TINER, SANDRA LYNN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8858  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,076.43 | 0.00 |

|  |  | |  |
|---|---|---|---|
| COLUMN TOTALS | 10,001.75 | 10,001.75 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,076.43 | |
| Subtotal | 10,001.75 | 1,925.32 | |
| Less:  Payments to Debtors | | 1,800.00 | |
| Net | 10,001.75 | 125.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7761 | 3,500.00 | 11,576.43 | 0.00 |
| Money Market - Interest Bearing - ********8858 | 10,001.75 | 125.32 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,501.75 | 11,701.75 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            8,076.43

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*